**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 7 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-0025 JB |
| ) | |
| vs. ) | 18 U.S.C. §§ 111(a) and (b): Assault Upon |
| ) | a Federal Officer Inflicting Bodily Injury. |
| **ZACHARIAH NEZ,** ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 31, 2024, in Bernalillo County, in the District of New Mexico, the defendant, **ZACHARIAH NEZ**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer and employee of the United States Marshals Service, while John Doe was engaged in, and on account of, the performance of John Doe's official duties, and in the commission of such acts inflicted bodily injury by head-butting John Doe.

In violation of 18 U.S.C. §§ 111(a) and (b).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney